■ WILLIE FARMER, Respondent, v CITY OF NIAGARA FALLS, Appellant. [672 NYS2d 173] —Order unanimously reversed on the law without costs, motion denied, cross motion granted and Labor Law § 240 (1) cause of action dismissed. Memorandum: Supreme Court erred in granting plaintiff's motion for partial summary judgment on liability under Labor Law § 240 (1) and in denying defendant's cross motion for summary judgment dismissing that cause of action. The evidence establishes that plaintiff was injured while attempting to climb over a two- to four-foot-high interior concrete wall situated on the second-floor deck of a building under construction. Plaintiff had just cut a piece of lumber and was walking to the other side of the

deck to join his co-worker. Plaintiff testified that, as he stepped over the top of the wall, his right pant leg snagged on a protruding rebar, causing him to lose his balance and fall three or four-feet. Plaintiff injured his ankle when his left foot landed on some scrap lumber.

Plaintiff did not fall from an elevated worksite (*see, Gaul v Motorola, Inc.*, 216 AD2d 879, 880). In climbing over the wall, plaintiff was faced with "the usual and ordinary dangers of a construction site, and not the extraordinary elevation risks envisioned by Labor Law § 240 (1)" (*Rodriguez v Tietz Ctr. for Nursing Care*, 84 NY2d 841, 843; *see, Misseritti v Mark IV Constr. Co.*, 86 NY2d 487, 489, *rearg denied* 87 NY2d 969). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Pigott, Jr., Balio and Boehm, JJ.